UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TONY MIDDLETON | § |
| | § |
| v. | § CIVIL CASE NO. 4:20-CV-883-SDJ |
| | § |
| WILMINGTON SAVINGS FUND SOCIETY FSB | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge, this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 17, 2021, the report of the Magistrate Judge, (Dkt. #22), was entered containing proposed findings of fact and recommendations that this case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court determines that the Magistrate Judge's report should be adopted.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 29th day of April, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE